AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

AARON ROSS

*Plaintiff(s)*

v.

UNIVERSAL HEALTH SERVICES, INC., PROVO CANYON SCHOOL, JUSTIN UALE, WENDY TURNBOW and LORNA HALL

*Defendant(s)*

Civil Action No.

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* PROVO CANYON SCHOOL
4501 N University Avenue
Provo, Utah 84604

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Law Offices of Daniel W. Isaacs, PLLC
122 Cross River Road
Mount Kisco, New York 10549

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 08/06/2021

*Signature of Clerk or Deputy Clerk*

## SERVICE RIDER

Universal Health Services, Inc.
367 S Gulph Road
King of Prussia, PA 19406

Provo Canyon School
4501 N University Avenue
Provo, Utah 84604

Justin Uale
4501 N University Avenue
Provo, Utah 84604

Wendy Turnbow
4501 N University Avenue
Provo, Utah 84604

Lorna Hall
4501 N University Avenue
Provo, Utah 84604