State of Utah
Utah County
Civil Division
Spanish Fork, UT 84660

Process Number:   21-3444                Court Number:

I, Michael L. Smith, Sheriff of Utah County do hereby certify that I received the within and foregoing Summons and Complaint on 9th day of September, 2021

    PROVO CANYON SCHOOL                                    (Defendant      )
    4501 N UNIVERSITY AVE
    Provo, UT  84604

    Served on: 13th day of September, 2021 at 13:00:00
    Served by: Collings A
    Served to: E TANNIS GOODMAN                             Secretary
             4501 N UNIVERSITY AVE
             Provo, UT  84604

Returned on the 14th day of September, 202

I certify that I legibly documented the date and time of service on the front page of the document being served.

Dated the 14th day of September, 2021

Fees:
  Service:        110.00                Michael L. Smith, Sheriff
  Mileage:        -20.00                Utah County, Utah
  Other  :          0.00
  Total  :         90.00

                                             BY: _____
                                             Collings A                6034
                                             3075 N MAIN ST
                                             (801)851-4337
                                             Authorized Representative
                                             Civil Division