**LAW OFFICES OF**
# DANIEL W. ISAACS
A PROFESSIONAL LIMITED LIABILITY COMPANY
122 CROSS RIVER ROAD
MOUNT KISCO, NEW YORK 10549
TEL: (646) 438-2100
EMAIL: DANIEL.ISAACS@DANWISAACSESQ.COM

October 13, 2021

**VIA ECF**

Hon. Diane Gujarati
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 4B South
Brooklyn, New York 11201

    Re: *Aaron Ross v. Universal Health Services, Inc., et al.*
        Case No.: 1:21-cv-4424

Dear Judge Gujarati:

    This office represents the Plaintiff, Aaron Ross), in the above-referenced matter. Pursuant to Your Honor's Order dated October 12, 2021, Plaintiff seeks leave to amend the complaint and requests thirty (30) days to do so.

                Respectfully submitted,

                **LAW OFFICES OF DANIEL W. ISAACS, PLLC**

                DANIEL W. ISAACS

cc: Lewis Brisbois Bisgaard & Smith LLP