LAW OFFICES OF
# DANIEL W. ISAACS
A PROFESSIONAL LIMITED LIABILITY COMPANY
122 CROSS RIVER ROAD
MOUNT KISCO, NEW YORK 10549
TEL: (646) 438-2100
EMAIL: DANIEL.ISAACS@DANWISAACSESQ.COM

January 14, 2022

**VIA ECF**

The Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 4B South
Brooklyn, New York 11201

    Re: *Aaron Ross v. Universal Health Services, Inc. et al.*
       *Case No.: 1:21-cv-4424*

Dear Judge Gujarati:

    In response to your January 12, 2022, Order this is to advise that both Parties consent to this case being transferred to the United States District Court for the District of Utah, pursuant to 28 U.S. Code § 1404(a).

                     Respectfully submitted

| | |
|---|---|
| LAW OFFICES OF DANIEL W. ISAACS, PLLC | LEWIS BRISBOIS BISGAARD & SMITH, LLP |
| DANIEL W. ISAACS<br>Attorney for Plaintiff | KAREN CAMPBELL<br>Attorney for Defendants |