UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Aaron Ross,

                Plaintiff,

-against-

Universal Health Services, Inc.; Provo Canyon School; Justin Uale; Wendy Turnbow; and Lorna Hall,

                Defendants.
------------------------------------------------------------X

**TRANSFER ORDER**
21-CV-04424 (DG) (RLM)

DIANE GUJARATI, United States District Judge:

      The parties to this action have consented to this action's transfer to the United States District Court for the District of Utah, pursuant to 28 U.S.C. § 1404(a). *See* ECF No. 15. Based on this consent and the record proceedings to date, this action is hereby transferred to the United States District Court for the District of Utah, pursuant to 28 U.S.C. § 1404(a). *See* 28 U.S.C. § 1404(a) (providing, in relevant part, that a district court may transfer a civil action to any other district where it might have been brought or to any district to which all parties have consented, "[f]or the convenience of parties and witnesses, in the interest of justice").

      The provision of Local Civil Rule 83.1 requiring a seven-day delay between a transfer order and the effectuation of the transfer is waived.

      SO ORDERED.

                                              */s/ Diane Gujarati*
                                              DIANE GUJARATI
                                              United States District Judge

Dated: January 27, 2022
       Brooklyn, New York